# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VLADISLAV KHOMUTOV,<br><br>                              Appellant,<br><br>                    v.<br><br>BONANZA VILLAGE MOBILE HOME COMMUNITY, EL ADOBE MOBILE HOME COMMUNITY,<br><br>                              Appellees. | Case No. 2:12-cv-00670-APG-CWH<br><br>Related Case No. BK-S-10-25290-BAM<br><br>**ORDER DISMISSING CASE** |

On July 23, 2012, the Court entered its Order [Dkt. #7] granting in part and denying in part Plaintiff's Motion to Extend Time [Dkt. #6].  Pursuant to that Order, Plaintiff's Opening Appeal Brief was due by July 23, 2012.  It is now 14 months later, and Plaintiff has not filed his Opening Appeal Brief.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action is **DISMISSED** without prejudice.

Dated:  September 23, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE