1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

\* \* \*

8   VLADISLAV KHOMUTOV,                          Case No. 2:12-cv-00670-APG-CWH

9                                Appellant,      Related Case No. BK-S-10-25290-BAM

10                  v.                           **ORDER DISMISSING CASE**

11   BONANZA VILLAGE MOBILE HOME
     COMMUNITY, EL ADOBE MOBILE HOME
12   COMMUNITY,

13                               Appellees.

14

15          On July 23, 2012, the Court entered its Order [Dkt. #7] granting in part and

16   denying in part Plaintiff's Motion to Extend Time [Dkt. #6].   Pursuant to that Order,

17   Plaintiff's Opening Appeal Brief was due by July 23, 2012. It is now 14 months later, and

18   Plaintiff has not filed his Opening Appeal Brief. Therefore,

19          **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled

20   action is **DISMISSED** without prejudice.

21          Dated:  September 23, 2013

22                                              _____

23                                              ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE
24
25
26
27
28